UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-CV-24791-KMW

BRICKELL EAST CONDOMINIUM ASSOCIATION, INC.,

 Plaintiff,

v.

INDIAN HARBOR INSURANCE COMPANY,

 Defendant.
_____/

## NOTICE OF CHARGING LIEN

 COMES NOW, the undersigned attorney, and hereby gives notice that it is asserting a changing lien to secure the attorney's fees and costs incurred for any and all work performed by this firm or its attorney.

 This lien shall apply to any and all attorney fee proceeds, settlements, or judgments between INDIAN HARBOR INSURANCE COMPANY and BRICKELL EAST CONDOMINIUM ASSOCIATION INC., in the instant law suit.

 Should the amount that is ultimately received from the Defendant(s) through settlement, final judgment, or collection, be less that the lien asserted then the undersigned asserts a lien based upon satisfaction of the contingency in the written retainer agreement that was in place at the time that the settlement was originally secured.

 The lien shall survive and be enforceable regardless of whether the above styled action is dismissed and/or re-filed; whether any additional parties are added, substituted or dropped; and whether present counsel withdraws, or is replaced. The undersigned requests this Court retain jurisdiction to adjudicate the attorney's fees owed to ACLE LAW FIRM P.A., which this charging lien secures and to notify the undersigned of the scheduling of all hearings this Court sets to adjudicate attorney's fees in the above styled caption.

The undersigned's services have contributed to the litigation and future resolution of the subject case. The undersigned has simultaneously filed a Notice of Withdrawal as Counsel for Plaintiff Brickell East Condominium Association Inc.

Dated: May 10, 2019

>Respectfully Submitted,
>
>/s/ Edward L. Acle
>Edward L Acle, Esq.
>Florida Bar No.: 462373
>Acle Law Firm, P.A.
>8603 South Dixie Highway, Suite 409
>Pinecrest, FL 33156
>service@aclelaw.com
>(305) 447-4667 (Office)
>(305) 459-1827 (Fax)

### **CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of May 2019, I served the foregoing via electronic mail to the following:

William S. Berk, Esq.,
Alan H. Swindoll, Esq.,
BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
WBerk@berklawfirm.com
ASwindoll@berklawfirm.com
MJoseph@berklawfirm.com
NRodriguez@berklawfirm.com
**Counsel for Respondent**

Susan Catania Odess, Esq.
SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
sodess@siegfriedrivera.com
dbrady@siegfriedrivera.com
docketing@siegfriedrivera.com
etapia@siegfriedrivera.com
**Counsel for Plaintiff**

Courtesy copies by email to:

Scott M. Janowitz
Gilberto J. Barreto, Esq
JANOWITZ & BARRETO, PLLC
5246 S.W. 8th St., Ste 207
Coral Gables, FL 33134
scott@lawjbs.com
gilberto@lawjbs.com
service@lawjbs.com
**Co-Counsel for Plaintiff**