UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-24791-WILLIAMS

BRICKELL EAST CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on ACLE's motion for fees and costs pursuant to a charging lien (the "Report"). (DE 39). In the Report, Judge Torres recommended that ACLE's motion be **GRANTED IN PART**. Accordingly, upon an independent review of the Report, the objection, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 39) is **AFFIRMED AND ADOPTED**.

2. ACLE's motion for attorney's fees and costs (DE 36) is **GRANTED IN PART**. ACLE is entitled to recover $64,244 in attorneys' fees and $43,675.52 in costs, for a total fee and cost award of $107,919.52.

3. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>16th</u> day of June, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE